# United States District Court

WESTERN DISTRICT OF WASHINGTON

LOUIS F. CONANT, III

v.

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5645RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

| June 2, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk